# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLE RENEE WALDHALM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:17-CV-338-JLR<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## STIPULATION

COME NOW the parties to this action, plaintiff represented by Charles S. Hamilton III, and the United States of America represented by Tricia Boerger, Assistant US Attorney, and do agree and stipulate that this cause, pursuant to F.R.C.P. 41(a)(1)(A)(ii), this cause may be dismissed as a voluntary dismissal, without assessment of costs, and without prejudice.

DATED this 22nd day of December, 2017

s/Tricia Boerger
TRICIA BOERGER,
WSBA #38581
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-4639
Tricia.Boerger@Usdoj.Gov

DATED this ___ day of December, 2017

CHARLES S. HAMILTON, III
WSBA #5648
7016 35th Avenue NE
Seattle, WA 98115
(206) 623-6619
hamiltoncharlesiii@gmail.com

STIPULATION AND ORDER FOR DISMISSAL
CASE NO. 2:17-CV-338-JLR

1

LAW OFFICE OF
CHARLES S. HAMILTON III
7016 35TH AVENUE NE
SEATTLE, WASHINGTON 98115-5917
TEL: (206)623-6619  FAX: (844)479-6593

# ORDER

THIS MATTER having come before the undersigned judge of the above entitled Court upon stipulation of the parties for voluntary dismissal of this action, and the Court being fully apprised in these matters, now therefore it is hereby ordered that the above captioned action is dismissed, without prejudice, and without assessment of costs as to any party.

DATED this 4th day of January, 2017. 2018

_____
JUDGE JAMES L. ROBART
United States District Court

Presented by:

_____
Charles S. Hamilton III, WSBA # 5648
Attorney for Plaintiff

Copy Received:

_____
Tricia Boerger, WSBA # 38581
Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
CASE NO. 2:17-CV-338-JLR

2

LAW OFFICE OF
CHARLES S. HAMILTON III
7016 35TH AVENUE NE
SEATTLE, WASHINGTON 98115-5917
TEL: (206)623-6619  FAX: (844)479-6593